# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                              )   Case No.:  2:12-cr-00279-GMN-GWF
              Plaintiff(s),           )
                                              )   **ORDER ACCEPTING FINDINGS &**
    vs.                                  )   **RECOMMENDATION OF MAGISTRATE**
                                              )   **JUDGE GEORGE FOLEY, JR.**
HENRY WADE,                   )
                                              )
              Defendant(s).       )
                                              )

Before the Court for consideration is the Findings and Recommendation (ECF No. 33) of the Honorable George Foley, Jr., United States Magistrate Judge, entered June 26, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by July 13, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#24) is **GRANTED** and that evidence regarding the discovery of the handgun in Defendant's automobile shall be suppressed.

**DATED** this 16th day of July, 2013.

_____
Gloria M. Navarro
United States District Judge